■ In the Matter of RICHARD BLACK et al., Appellants, v BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent. — Judgment, Supreme Court, New York County (Bruce Wright, J.), entered on October 22, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Sullivan, J. P., Ross, Carro, Bloom and Kassal, JJ.

(October 30, 1984)

■ PATRICIA M. CAMILLO et al., as Guardians of MATHEW R. MAY, Also Known as THOMAS BARRET, Respondents, v OLYMPIA & YORK PROPERTIES COMPANY et al., Defendants, and EMERY ROTH & SONS, P. C., Appellant. — Order, Supreme Court, New York County (Norman Ryp, J.), entered on January 31, 1984, unanimously affirmed, without prejudice to renewal upon completion of discovery. Respondents shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Murphy, P. J., Kupferman, Sullivan and Milonas, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL EUBANKS, Appellant. — Judgment of the Supreme Court, Bronx County (Maurice Grey, J.), rendered on June 30, 1982, and order of said court, entered on March 22, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Sullivan and Milonas, JJ.